Asaf Agazanof (285043)
ASAF LAW
8730 Wilshire Blvd. #310
Beverly Hills, CA 90211
Phone: (424)254-8870
Fax: (888)254-0651
asaf@lawasaf.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALDO SAN JOSE, ERLINDA SAN JOSE, ROLANDO SAN JOSE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> PIONEER CREDIT RECOVERY, INC., <br><br> Defendant. | Case No. CV 14-6584 PA (AJWx) <br><br> **NOTICE OF SETTLEMENT** |

NOW COME THE PLAINTIFFS by and through their attorney to respectfully notify this Honorable Court that this case has settled on an individual basis. Plaintiffs request that this Honorable Court allow sixty (60) days with which to file dispositive documentation.

///

///

///

Notice of Settlement - 1

A Voluntary Dismissal with prejudice will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 10$^h$ day of November, 2014.

> By: /s/Asaf Agazanof
> Asaf Agazanof
> **ASAF LAW**
> Attorney for Plaintiff

Filed electronically on this 10th day of November, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Percy Anderson
United States District Court
Central District of California

**Lisa M Simonetti**
Stroock & Stroock & Lavan LLP
Email: lsimonetti@stroock.com

**Julieta Stepanyan**
Stroock & Stroock & Lavan LLP
Email: jstepanyan@stroock.com

This 10th day of November, 2014.

/s/Asaf Agazanof
Asaf Agazanof