JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALDO SAN JOSE, ERLINDA SAN JOSE, ROLANDO SAN JOSE,** Individually, and On Behalf of All Others Similarly Situated, <br><br>Plaintiff, <br><br>vs. <br><br>**PIONEER CREDIT RECOVERY, INC.,** and DOES 1 through 10, inclusive, and each of them, <br><br>Defendant. | Case No. 2:14-cv-06584-PA-AJW <br><br> **ORDER** |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class.  Each party shall bear its own costs and expenses.

            Dated this  20th day of November, 2014.

            _____
            The Honorable Percy Anderson

Order to Dismiss - 1